UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **CR-MARRA** /HOPKINS

08-60089

26 U.S.C. § 7202

UNITED STATES OF AMERICA

vs.

JAMES BATMASIAN,

DEFENDANT.
_____/

## INFORMATION

The United States Attorney charges:

In or about April 1, 2001, through June 30, 2001, at Broward County and Palm Beach County, in the Southern District of Florida, the Defendant,

**JAMES BATMASIAN,**

a resident of Boca Raton, Florida, who conducted a business, Investments Limited, with its principal place of business in Boca Raton, Florida, and who during the second quarter and year April 1, 2001 through June 30, 2001, was required to deduct and collect from the total wages of his employees federal income taxes and Federal Insurance Contributions Act, taxes in the sum of $11,175.00, did willfully fail to truthfully account for and pay over to the Internal Revenue Service said federal income taxes required to be withheld and Federal Insurance Contributions Act taxes due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7202.

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JAMES BATMASIAN

Defendant.    /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

New Defendant(s)            Yes ____  No ____
Number of New Defendants    ____
Total number of counts      ____

Court Division: (Select One)

____ Miami      ____ Key West
_X_ FTL         ____ WPB        ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect  _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                            (Check only one)

   I    0 to 5 days      _X_         Petty      ____
   II   6 to 10 days     ____        Minor      ____
   III  11 to 20 days    ____        Misdem.    ____
   IV   21 to 60 days    ____        Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    X

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?    ____ Yes   _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?    ____ Yes   _X_ No
   If yes, was it pending in the Central Region?    ____ Yes    ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ____ Yes   _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes   _X_ No

                                    _____
                                    JEFFREY H. KAY
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Bar No. 0208035

*Penalty Sheet(s) attached                              REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __JAMES BATMASIAN__    No.: _____

**Count #1:**
Failure to File Federal Income Tax; in violation of 26 U.S.C. §7202

*Max Penalty: Five years' imprisonment; Three years' supervised release and $250,000 fine

**Count #:**

*Max Penalty: _____

**Count #:**

*Max Penalty: _____

**Count #:**

*Max Penalty: _____

**Count #:**

*Max Penalty: _____
**Count #:**

*Max Penalty: _____

**Count #:**

*Max Penalty: _____

**Count #:**

*Max Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96