```
                                                              Page 1

 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2

 3    UNITED STATES OF AMERICA,)   Case No.
                               )   08-60089-CR-MARRA
 4              Plaintiff,     )
                               )
 5         -v-                 )
                               )
 6    JAMES BATMASIAN,         )
                               )
 7              Defendant.     )   West Palm Beach, Florida
                               )   April 17, 2008
 8   _____)

 9

10            TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS

11            BEFORE THE HONORABLE KENNETH A. MARRA

12                       U.S. DISTRICT JUDGE

13

14   Appearances:

15   FOR THE GOVERNMENT          Jeffrey Kay, AUSA

16
     FOR THE DEFENDANT           Bruce Zimet, ESQ.
17                               Steven Harris, ESQ.

18   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
19                               701 Clematis Street, Suite 417
                                 West Palm Beach, Florida  33401
20

21

22

23

24

25
```

REC'D by H.H. D.C.
JUN 1 8 2008
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - MIAMI

FILED by _____ D.C.
JUN 1 6 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 08-60089-CR-KAM

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER=