UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO: 08-60089-CR

        Plaintiff
vs.

James Batmasian /

**SENTENCING MINUTES**

DATE: 7/11/08               Court Reporter: ~~Stephen Franklin~~ Vicky Miller
AUSA Jeffrey Kay            Defense Counsel: Bruce Zimet, Steven Harris, Val Rodriguez
                            Deputy Clerk: Irene Rivera

____ Deft. Failed to appear - warrant to issue. Bond Forfeited.

____ Sentencing cont'd until ___/___/___ At _____ am/pm

**JUDGMENT AND SENTENCE**

Imprisonment  0  MONTHS as to COUNTS  one

Probation _____ YEARS as to COUNTS _____

Comments _____

Supervised Release  2  YEARS _____

____ Maintain employment   ____ Search of person/property   ____ Deportation
____ Mental Health/Substance Abuse Treatment   ____ Drug/Alcohol treatment
____ Financial disclosure   ____ No debt   ____ No self-employment

Convicted felons
IRS cooperation/waive assoc of Propel employees yes
unlimited domestic travel allowed
waive travel restriction

Assessment $100.00   Fine $30,000   Restitution: _____
Already paid
____ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
~~Remanded to U.S. Marshal~~
✓ Voluntary Surrender on or before 9-30-08 by 2:00 p.m
Recommendation to the Bureau of Prisons minimum security camp in Florida

Time in court: 1:55

Continuation of Sentencing Minutes:

Character witness: Roxanne Trinca
Dr. Gordon Johnson
Tyrone Brooks
Melanie Howell
J. Maurice Carter
Michael Scillia
Pastor Ken Roughton